```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
YANBIN LIN,                                                       :
                                                                  :
                        Plaintiff,                                :
                                                                  :            21-cv-6723 (LJL)
        -v-                                                       :
                                                                  :            ORDER
SECRETARY ALEJANDRO MAYORKAS,                                     :
DIRECTOR TIMOTHY HOUGHTON, and DEPUTY                             :
DIRECTOR SCOTT VELEZ,                                             :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff Yanbin Lin brought this action against Defendants, seeking to compel Defendants to adjudicate an appeal of her denied Application to Register Permanent Residence or Adjust Status.  On October 12, 2021, Defendants informed the Court that the Government adjudicated Plaintiff's appeal, arguing that this rendered the case moot.  On October 28, 2021, the Court received a letter from Plaintiff requesting that the Court withdraw her case because the Government responded to her request.

      It is hereby ORDERED that the case is DISMISSED WITHOUT PREJUDICE.  All conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: October 29, 2021
       New York, New York
                                                           LEWIS J. LIMAN
                                                           United States District Judge